FORM onstay (Rev 12/09)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re:  Steven R Hill
    SSN/ITIN: xxx–xx–8161
     Debtor
   Gayle A Hill
    SSN/ITIN: xxx–xx–8653
     Joint Debtor

Bankruptcy Case No.:   10–30227–LMK

Chapter:  7
Judge:  Lewis M. Killian Jr.

### *ORDER AND NOTICE OF PRELIMINARY HEARING*

Dan & Dorothy McBrier, John Pankratz, et al., having filed a motion for relief from stay,

NOTICE IS HEREBY GIVEN that *if a response opposing the motion is filed* pursuant to L.R. 4001–1(c), a preliminary hearing will be held before the undersigned bankruptcy judge *by telephone conference* on Monday, March 22, 2010 between the hours of 2:00 p.m. and 5:00 p.m.

Upon the filing of a response in opposition, the clerk will notify the parties of the specific time of the hearing. **IF NO RESPONSE IS FILED, NO HEARING WILL BE HELD AND THE MOTION MAY BE GRANTED BY THE COURT.**

*IT IS HEREBY ORDERED AND FURTHER NOTICE GIVEN THAT*:

    a) The preliminary hearing shall be non–evidentiary unless otherwise noticed and will be restricted to the documents of record and the argument of counsel. Testimony of witnesses will not be permitted.
    b) Within seven (7) days after the date of this order, the movant shall file and serve on the debtor and the trustee, if one has been appointed, supporting affidavits and such other documents demonstrating that the movant is entitled to relief. Depending upon the grounds upon which the motion is based, these shall include the following as appropriate:
        1) a supporting affidavit of indebtedness;
        2) a supporting affidavit and documents establishing secured status;
        3) an appraisal or affidavit of value;
        4) an affidavit showing such other facts as may be necessary to demonstrate the movant's right to relief.
    c) Within fifteen (15) days of the date of this order if they oppose the motion for relief, the debtor and/or trustee shall file and serve on the movant a response which shall be accompanied by such supporting affidavits or appraisals as applicable.
    d) Motions that cannot be disposed of at the preliminary hearing will be set for an evidentiary final hearing within thirty (30) days, unless such time requirement is otherwise waived by the movant.

*DONE AND ORDERED* at Tallahassee, Florida, March 1, 2010 .

                                                    /s/ Lewis M. Killian Jr.
                                                    Lewis M. Killian Jr.

Service to:
    All parties in interest
                                                    U.S. Bankruptcy Judge